ORIGINAL

FILED

06 NOV 14 PM 1:09

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. **00CR1793-JM** |
| Plaintiff, ) | |
| v. ) | **ORDER TO TERMINATE SUPERVISED RELEASE** |
| CLAUDIA QUINTANILLA ) | |
| Defendant. ) | |

   **IT IS HEREBY ORDERED** that Defendant Claudia Quintanilla's term of supervised release be terminated.

   **IT IS SO ORDERED.**

DATED: 11/13/06

_____
HONORABLE JEFFREY T. MILLER